516

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CHARLES JAMISON, Defendant-Appellant.

(No. 57453;

First District (3rd Division)—May 3, 1973.

Opinion by Mr. PRESIDING JUSTICE DEMPSEY.

James J. Doherty, Public Defender, of Chicago, (Robert Morel Gray, Assistant Public Defender, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and John C. O'Rourke, Assistant State's Attorneys, of counsel,) for the People.